UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 4:11CR257(JCH) |
| ALEJANDRO GUZMAN-CASTANON and ) | |
| JAIME SANCHEZ OBESO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **September 12, 2011**, in the courtroom of the undersigned at 9 a.m.

Dated this 11th day of August, 2011

                                         \s\ Jean C. Hamilton
                                UNITED STATES DISTRICT JUDGE